File Hashes for IP Address 50.151.37.37

**ISP:** Comcast Cable
**Physical Location:** River Forest, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/02/2013 17:27:34 | D7E436AFD5F710E28E2F6D97706D495751967946 | Sweetest Dreams |
| 02/02/2013 17:27:05 | 0BEDC34897CC36ECF404D2E2EB1BE3E03ADF3F51 | Afternoon Solo |
| 01/23/2013 01:27:48 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 01/21/2013 22:11:35 | 34B65ACA9872A134EE022CADA02257FB052BB2A2 | Want You |
| 01/02/2013 03:01:46 | 27480B702A95A52335FD2BFBE97966DD194578D9 | Morning Desires |
| 01/02/2013 01:16:37 | 1DE47A6BEBCE22D4BFE584DBEA497FCD2B235865 | Naughty and Nice |
| 12/21/2012 00:12:44 | DC8E164514CFF79A383FD5EC3076008343FCBA5A | Show You My Love |
| 12/20/2012 23:49:35 | C6A785DC36962DC285D77EAE0E8CC52827424BD1 | Pure Passion |
| 12/20/2012 22:22:39 | E83FFD612368F4A2F084D3BBF90CEC5593CE97D4 | Perfect Together |
| 12/16/2012 00:36:30 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 12/15/2012 19:35:21 | 9167B2208AF797974D294D1B8BF9C9950F6C2BC9 | My Best Friends Boyfriend |
| 12/15/2012 19:24:20 | 405A37B34B443599785155C041DE1F785EA9CEE5 | Constance Aaron X–Art on TV |
| 12/15/2012 19:19:59 | 51F62F44D78A90F387B09E661711F755A47A42ED | Connie True Love |
| 12/14/2012 00:07:49 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 12/14/2012 00:07:36 | CAF7E0C09D14A23910147818F19E1039A579692A | Then They Were Three |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

NIL60